UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: <br> MARY LOUISE TAYLOR | : | Case No:   06-50103 |
| | : | Chapter 13 |
| | : | Judge:   CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  August 18, 2011                              /s/ Frank M. Pees
                                                                    _____
                                                                    Frank M. Pees
                                                                    Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| MARY LOUISE TAYLOR <br> 1870 Red Forest Ln <br> Galloway, OH  431198301 | 277.66 |